1  PAUL R. RAMSEY (#155062)
     Chief Counsel
2  DEPARTMENT OF FAIR EMPLOYMENT
     AND HOUSING                                    *E-FILED 1/29/07*
3  2218 Kausen Drive, Suite 100
   Elk Grove, CA  95758
4  Telephone:  (916) 478-7272
   Facsimile:  (916) 478-7331
5  paul.ramsey@dfeh.ca.gov

6  Attorney for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE BRANCH

11 DEPARTMENT OF FAIR EMPLOYMENT      )  Case No. C 06-07468 (RS)
   AND HOUSING, an agency of the State of )
12 California,                         )
                                       )
13                                     )  STIPULATION AND [PROPOSED] ORDER
                          Plaintiff,   )  TO CONTINUE THE HEARING ON
14                                     )  MOTION FOR REMAND (F.Civ.LR 7-12)
                                       )
15        vs.                          )
                                       )
16 EDIFY CORPORATION, a foreign        )  Date: March 7, 2007
   Corporation; and successor employer, )  Time: 9:30 a.m.
17 INTERVOICE, INC., aka, INTERVOICE   )  Courtroom: 4, 5th Floor
   BRITE, INC., a foreign Corporation, and )  Before the Honorable Richard G. Seeborg
18 DOES ONE through TEN, Inclusive,    )
                                       )
19                        Defendants.  )
                                       )
20 ANN BEGUN,                          )
                                       )
21                                     )
                Real Party in Interest.)
22

23     Counsel for the Plaintiff and the Defendants have engaged in settlement discussions in this

24 matter.  In an effort to finalize the terms of the settlement agreement, the parties jointly request a

25 continuance of the hearing on the Motion for Remand that is currently scheduled on March 7, 2007 at

26 9:30 a.m. to May 2, 2007 at 9:30 a.m.  The parties do not wish to further pursue any legal

27 proceedings in this matter at this time and would like an opportunity to finalize the settlement



COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

agreement. The parties have met and conferred regarding the continuance of the hearing on the Motion for Remand and the prospective settlement. The Defendants reply brief to the Motion for Remand would be extended and due on April 18, 2007.

DATED: January 26, 2007

Paul R. Ramsey, Chief Counsel
Department of Fair Employment and Housing
Attorney for the Plaintiff

DATED: January 26, 2007

James L. Morris, Esq.
Attorney for Defendants

**PURSUANT TO THE FOREGOING STIPULATION, IT IS APPROVED AND SO ORDERED THAT:**

The hearing on the Motion for Remand scheduled for March 7, 2007, at 9:30 a.m. shall be continued to May 2, 2007 at 9:30 a.m. and the reply brief will be due on or before April 18, 2007.

DATED: January 29, 2007

United States ~~Northern District Judge~~ Magistrate Judge
Richard G. Seeborg

COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

-2-

Case No. C 06-07468 (RS)
STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING ON MOTION FOR REMAND