1  PAUL R. RAMSEY (#155062)
   Chief Counsel
2  DEPARTMENT OF FAIR EMPLOYMENT
   AND HOUSING
3  2218 Kausen Drive, Suite 100                    *E-FILED 3/6/07*
   Elk Grove, CA  95758
4  Telephone:  (916) 478-7272
   Facsimile:  (916) 478-7331
5  paul.ramsey@dfeh.ca.gov

6  Attorney for Plaintiff

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE BRANCH

11  DEPARTMENT OF FAIR EMPLOYMENT    )   Case No. C 06-07468 (RS)
    AND HOUSING, an agency of the State of )
12  California,                      )
                                     )
13                                   )   STIPULATION AND [PROPOSED] ORDER
                          Plaintiff, )   TO CONTINUE THE CASE
14                                   )   MANAGEMENT CONFERENCE
                                     )
15              vs.                  )
                                     )
16  EDIFY CORPORATION, a foreign     )   Date: March 14, 2007
    Corporation; and successor employer, )   Time: 2:30 p.m.
17  INTERVOICE, INC., aka, INTERVOICE )   Courtroom: 4, 5th Floor
    BRITE, INC., a foreign Corporation, and )   Before the Honorable Richard G. Seeborg
18  DOES ONE through TEN, Inclusive, )
                                     )
19                        Defendants.)
    _____)
20                                   )
    ANN BEGUN,                       )
21                                   )
                 Real Party in Interest.)
22  _____)

23         Counsel for the Plaintiff and the Defendants have engaged in settlement discussions in this

24  matter and believe the parties are close to reaching a settlement agreement.  On January 29, 2007, the

25  parties filed a Stipulation and Order Continuing Hearing on Motion for Remand.  The parties stated

26  in the Stipulation and Order Continuing the Hearing that "the parties do not wish to further pursue

27



COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

-1-

1  any legal proceedings in this matter at this time and would like an opportunity to finalize the

2  settlement agreement."

3       The parties had intended to suspend all further legal proceedings in this matter until May 2,

4  2007, including the Initial Case Management Conference (hereinafter "CMC").  The continuance of

5  the CMC did not occur and is currently set for March 14, 2007, at 2:30 p.m.  The parties have met

6  and conferred regarding a continuance in this matter and jointly request a continuance of the CMC

7  and request to postpone any and all further legal proceedings on this matter until May 2, 2007 at 2:30

8  p.m., or thereafter.  The parties anticipate that the matter will be resolved by this date and a dismissal

9  will be filed prior to May 2, 2007.

10  DATED:  March 6, 2007

                                    Gregory J. Fisher
                                    SBN 198004

11                          Paul R. Ramsey, Chief Counsel

12                          Department of Fair Employment and Housing
                        Attorney for the Plaintiff

13

14  DATED:  March 6, 2007

15                          James L. Morris, Esq.

16                          Attorney for Defendants

17  **PURSUANT TO THE FOREGOING STIPULATION, IT IS APPROVED AND SO**

18  **ORDERED THAT:**

19       The Case Management Conference  scheduled for March 14 2007, at 2:30 p.m. shall be

20  continued to May 2, 2007 at 2:30 p.m.

21  DATED:  March 6, 2007

22                          United States Magistrate Judge

23                          Richard G. Seeborg

24

25

26

27



-2-