PAUL R. RAMSEY (#155062)
Chief Counsel
DEPARTMENT OF FAIR EMPLOYMENT
 AND HOUSING
2218 Kausen Drive, Suite 100
Elk Grove, CA 95758
Telephone: (916) 478-7272
Facsimile: (916) 478-7331
paul.ramsey@dfeh.ca.gov

Attorney for Plaintiff

*E-FILED 4/6/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California,<br><br>                    Plaintiff,<br><br>vs.<br><br>EDIFY CORPORATION, a foreign Corporation; and successor employer, INTERVOICE, INC., aka, INTERVOICE BRITE, INC., a foreign Corporation, and DOES ONE through TEN, Inclusive,<br><br>                    Defendants.<br><br>ANN BEGUN,<br><br>                    Real Party in Interest. | Case No. C 06-07468 (RS)<br><br>STIPULATION AND [PROPOSED] ORDER TO DISMISS CIVIL ACTION<br><br>(Fed. R. Civ. P. 41(a))<br><br>Before the Honorable Richard G. Seeborg |

The Plaintiff, the Defendants, and the Real Party in Interest have executed a settlement agreement in this matter. The Department of Fair Employment and Housing has received the monetary compensation on behalf of the Complainant / Real Party in Interest and has forwarded the same to her. Pursuant to the settlement agreement and Fed. R. Civ. P. 41(a), the parties hereby



-1-

*Case No. C 06-07468 (RS)*
STIPULATION AND [PROPOSED] ORDER TO DISMISS CIVIL ACTION

COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

1  stipulate that this Action be dismissed with prejudice forthwith, with each party to bear its own costs
2  and attorneys' fees, and with any and all future hearing dates removed from the Court's calendar.
3  DATED: April 6, 2007

_____
Paul R. Ramsey, Chief Counsel
Department of Fair Employment and Housing
Attorney for the Plaintiff

7  DATED: April 6, 2007

_____
James L. Morris, Esq.
Attorney for Defendants

**PURSUANT TO THE FOREGOING STIPULATION, IT IS APPROVED AND SO ORDERED THAT:**

This Action is dismissed with prejudice, and all future hearing dates are hereby removed from the Court's calendar.

DATED: April 6, 2007

_____
United States Magistrate Judge
Richard G. Seeborg


COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

## DECLARATION OF SERVICE BY FACSIMILE TRANSMISSION
## AND ELECTRONIC MAIL

I, the undersigned, hereby declare:

I am over eighteen years of age and not a party to the within cause.  My business address is 2218 Kausen Drive, Suite 100, Elk Grove, California 95758.

On April 6, 2007, I served a copy of the attached **STIPULATION AND [PROPOSED] ORDER TO DISMISS CIVIL ACTION** (*DFEH v. Edify Corporation, et al.;* United States District Court, San Jose, Case No. C06-07468 RS; Ann Begun, Complainant) on each of the following by facsimile transmission and electronic mail as follows:

James L. Morris, Esq.                              Attorneys for Defendants
Chris M. Heikaus Weaver, Esq.
Rutan & Tucker, LLP
611 Anton Blvd., Suite 1400
Costa Mesa, CA  92626
jmorris@rutan.com
cheikausweaver@rutan.com
Fax:  (714) 546-9035

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 6, 2007, at Elk Grove, California.

*Griselda Ballesteros*
Griselda Ballesteros



*DFEH v. Edify Corporation, et al. (Begun):*
Declaration of Service by Facsimile Transmission & Electronic Mail
Case No. C06-07468 RS